UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-01446-JWH-MBK | Date | April 27, 2026 |
|---|---|---|---|
| Title | Flores v. Bowen, et al. | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Juan Antonio Flores filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application for a temporary restraining order and preliminary injunction on March 25, 2026. Dkt. 1, 3. The assigned District Judge granted the motion for a preliminary junction in part on April 7, 2025. Dkt. 13. On the same day, the Court issued an Order requiring a response to the Petition. Dkt. 14. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by April 21, 2026, and for Petitioner to file a reply by April 28, 2026. *Id.* at 2.

As of the date of this Order, Respondents have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on or before **May 1, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing an answer to the Petition. **If Respondents file an answer, they are directed to respond to Petitioner's requested relief in the recently filed reply brief. Dkt. 19.** If Respondents file an answer, Petitioner's reply will be due on or before **May 8, 2026.**

**IT IS SO ORDERED.**