JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>M. BOWEN, *et al.*,<br><br>    Respondents. | Case No. 5:26-cv-01446-JWH-MBK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Petition" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 13, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE